# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00716-CR

**Marshall Murel Dunham, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 52,880, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant moves to dismiss this appeal because of the death of appellant.

The motion will be treated as a motion to permanently abate the appeal. Tex. R. App. P. 7.1(a)(2).

The motion is granted.

The appeal is permanently abated.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Permanently Abated

Filed: March 20, 2003

Do Not Publish